## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## ASHLAND

Civil Action No. 05-cv-120-HRW

LINDA SCALES,                                                                                   PLAINTIFF,

v.            **MEMORANDUM OPINION AND ORDER**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,                                        DEFENDANT.

The plaintiff has brought this action pursuant to 42 U.S.C. §405(g) to challenge a final decision of the Defendant denying Plaintiff's application for disability insurance benefits. The Defendant has filed a Motion to Enter Judgment and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 10].

The Court having reviewed the record finds that this matter should be remanded for further consideration by the Commissioner. Specifically, on remand the ALJ will further evaluate Plaintiff's interstitial cystitis, in compliance with the pertinent regulations. The ALJ will also consider the opinion of Plaintiff's treating urologist. The ALJ will then conduct a full assessment of Plaintiff's residual functional capacity and obtain medical or vocational expert testimony if need be.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's Motion for Remand pursuant sentence four of 42 U.S.C. § 405(g) [Docket No. 10] is **SUSTAINED**. A judgment reflecting the above order will be entered contemporaneously herewith.

This 21st day of October, 2005.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

_____
Henry R. Wilhoit, Jr., Senior Judge